UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23602-CV-WILLIAMS

ANTHONY PARKS,

    Plaintiff,

v.

CLIFTON LEVIN, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. On September 18, 2024, Plaintiff filed a *pro se* Complaint (DE 1) and tendered payment for the $405.00 mandatory filing fee in the form a check (Check #329) ("***Check***").[1] Then, on September 24, 2024, the Clerk of Court noted that Plaintiff initiated a stop payment on the Check, leaving the mandatory filing fee unpaid. (DE 6.) Accordingly, as Plaintiff has neither paid the $405.00 filing fee, nor moved to proceed *in forma pauperis*, it is **ORDERED AND ADJUDGED** that Plaintiff's Complaint (DE 1) is **DISMISSED** and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 8th day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Anthony Parks
       130 W. Pleasant Ave. #327
       Maywood, NJ 07607

---

[1] In the Clerk's Notice of Receipt of Filing Fee (DE 3), the Clerk of Court advised that "checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn."